DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants Tesla, Inc.,
Elon R. Musk, and Deepak Ahuja

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY WOCHOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., ELON R. MUSK, DEEPAK AHUJA, and JASON WHEELER,<br><br>Defendants. | Case No.: 3:17-cv-05828-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND MODIFYING PAGE LIMITS**<br><br>Judge:  The Honorable Charles R. Breyer<br><br>Date Action Filed:  October 10, 2017 |

WHEREAS, this action purports to assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against Tesla, Inc. and two of its individual officers (together, "Defendants");

WHEREAS, on August 27, 2018, this Court issued an order dismissing the amended complaint and ordering that any amended complaint be filed by September 28, 2018 (Dkt. No. 42);

WHEREAS, on September 28, 2018, Lead Plaintiff filed the Second Amended Complaint, which is 81 pages long and contains 314 paragraphs (Dkt. No. 46);

WHEREAS, the parties have met and conferred and agreed on a briefing schedule in connection with Defendants' motion to dismiss the Second Amended Complaint;

WHEREAS, in light of the length of the Second Amended Complaint, the parties also believe good cause exists to modify and increase the page limits set forth in this Court's standing order as follows:  motion to dismiss and supporting memorandum (25 pages); opposition (25 pages); and reply (15 pages);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Defendants shall move to dismiss or otherwise respond to the Second Amended Complaint on or before November 20, 2018;

2. Lead Plaintiff shall file any opposition thereto on or before January 11, 2019;

3. Defendants' reply shall be filed on or before February 15, 2019; and

4. Consistent with the limits set forth in Civil Local Rule 7-4(b), the page limits for briefing the motion to dismiss shall be reset, as follows:

- Motion to dismiss and supporting memorandum (25 pages);
- Opposition (25 pages)
- Reply (15 pages);
- In accordance with the Court's standing order, such limits shall be exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required.

///

| | | |
|---|---|---|
| Dated: October 1, 2018 | | FENWICK & WEST LLP |
| | | By: /s/ *Jennifer C. Bretan*<br>    Jennifer C. Bretan, Esq. |
| | | 555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 875-2300<br>Facsimile:   (415) 281-1350 |
| | | Attorneys for Defendants Tesla, Inc.,<br>Elon R. Musk, and Deepak Ahuja |
| Dated: October 1, 2018 | | THE ROSEN LAW FIRM, P.A. |
| | | By: /s/ *Jacob A. Goldberg*<br>    Jacob A. Goldberg, Esq. (*Pro hac vice*)<br>    Gonen Haklay |
| | | 101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: (215) 600-2817<br>Facsimile:  (212) 202-3827 |
| | | Laurence M. Rosen, Esq.<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone:  (213) 785-2610<br>Facsimile:    (213) 226-4684 |
| | | Attorneys for Lead Plaintiff Kurt Friedman |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 1, 2018           By: /s/ *Jennifer C. Bretan*
                                     Jennifer C. Bretan, Esq.

*  *  *

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2018

_____
Hon. Charles R. Breyer
United States District Court Judge