| | |
|---|---|
| 1 | DEAN S. KRISTY (CSB NO. 157646) |
| | dkristy@fenwick.com |
| 2 | JENNIFER C. BRETAN (CSB NO. 233475) |
| | jbretan@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 875-2300 |
| 5 | Facsimile:      (415) 281-1350 |
| 6 | ALISON C. JORDAN (CSB NO. 311081) |
| | ajordan@fenwick.com |
| 7 | FENWICK & WEST LLP |
| | 801 California Street |
| 8 | Mountain View, CA  94041 |
| | Telephone:     (650) 988-8500 |
| 9 | Facsimile:      (650) 938-5200 |

Attorneys for Defendants Tesla, Inc.,
Elon R. Musk, and Deepak Ahuja

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY WOCHOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., ELON R. MUSK, DEEPAK AHUJA, and JASON WHEELER,<br><br>Defendants. | Case No.: 3:17-cv-05828-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT TO MARCH 22, 2019**<br><br>Judge:  The Honorable Charles R. Breyer<br><br>Date Action Filed:  October 10, 2017 |

1  WHEREAS, this action purports to assert claims under Sections 10(b) and 20(a) of the
2  Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against Tesla, Inc. and
3  two of its individual officers (together, "Defendants");

4  WHEREAS, on September 28, 2018, Lead Plaintiff filed the Second Amended Complaint
5  (Dkt. No. 46);

6  WHEREAS, on November 20, 2018, Defendants filed their Motion to Dismiss the Second
7  Amended Complaint (Dkt. No. 49);

8  WHEREAS, a hearing on Defendants' Motion to Dismiss was originally scheduled for
9  March 1, 2019;

10 WHEREAS, by Clerk's Notice on February 20, 2019, the hearing on Defendants' Motion
11 to Dismiss was vacated and reset for March 8, 2019 (Dkt. No. 60);

12 WHEREAS, by Clerk's Notice on March 1, 2019, the hearing on Defendants' Motion to
13 Dismiss was reset for March 15, 2019 (Dkt. No. 61);

14 WHEREAS, due to a pre-existing scheduling conflict, lead counsel for Defendants is
15 unavailable on March 15, 2019;

16 WHEREAS, the parties have met and conferred and agreed that counsel for all parties are
17 available on March 22, 2019 for a hearing on Defendants' Motion to Dismiss the Second
18 Amended Complaint, and respectfully request the Court to continue the March 15, 2019 hearing
19 date to March 22, 2019 at 10:00 A.M.

20 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the
21 approval of the Court, that the hearing on Defendants' Motion to Dismiss the Second Amended
22 Complaint (Dkt. No. 49) in this action be RESET to March 22, 2019 at 10:00 A.M.

23 Dated:  March 1, 2019                    FENWICK & WEST LLP

By: /s/ *Dean S. Kristy*
Dean S Kristy, Esq.
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants Tesla, Inc.,
Elon R. Musk, and Deepak Ahuja

| | |
|---|---|
| Dated: March 1, 2019 | THE ROSEN LAW FIRM, P.A. |
| | By: /s/ *Jacob A. Goldberg* |
| | Jacob A. Goldberg, Esq. (*Pro hac vice*) |
| | 101 Greenwood Avenue, Suite 440 |
| | Jenkintown, PA 19046 |
| | Telephone: (215) 600-2817 |
| | Facsimile:  (212) 202-3827 |
| | |
| | Laurence M. Rosen, Esq. |
| | 355 S. Grand Avenue, Suite 2450 |
| | Los Angeles, California 90071 |
| | Telephone:   (213) 785-2610 |
| | Facsimile:    (213) 226-4684 |
| | |
| | Attorneys for Lead Plaintiff Kurt Friedman |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

| | |
|---|---|
| Dated: March 1, 2019 | By: /s/ *Dean S. Kristy* |
| | Dean S. Kristy, Esq. |

* * *

# [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: March 4, 2019

Hon. Charles R. Breyer
United States District Court Judge