IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WOCHOS, | Case No. 17-cv-05828-CRB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TESLA, INC., et al., | |
| Defendants. | |

Having granted Defendants' motion to dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 25, 2019

CHARLES R. BREYER
United States District Judge