# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 3:17-cv-05828-CRB

Date case was first filed in U.S. District Court: | October 10, 2017

Date of judgment or order you are appealing: | March 25, 2018

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kurt Friedman and Uppili Srinivasan, on behalf of themselves and all other similarly situated

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

101 Greenwood Avenue, Suite 440

City: Jenkintown    State: PA    Zip Code: 19046

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jacob A. Goldberg    **Date** April 8, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Kurt Friedman and Uppili Srinivasan on behalf of themselves and all others similarly situated |

Name(s) of counsel (if any):

| The Rosen Law Firm, P.A.<br>Jacob A. Goldberg<br>Gonen Haklay |

Address: 101 Greenwood Avenue, Suite 440, Jenkintown, PA 19046

Telephone number(s): 215-600-2817

Email(s): jgoldberg@rosenlegal.com, ghaklay@rosenlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Tesla, Inc., Elon R. Musk, and Deepak Ahuja |

Name(s) of counsel (if any):

| Fenwick & West, LLP<br>Dean Kristy<br>Jennifer C. Bretan |

Address: 555 California Street, San Francisco, CA 94104

Telephone number(s): 415-875-2300

Email(s): dkristy@fenwick.com, jbretan@fenwick.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                             1                                  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Kurt Friedman and Uppili Srinivasan on behalf of themselves and all others similarly situated

Name(s) of counsel (if any):

Pomerantz, LLP, Patrick V. Dahlstrom, Louis C. Ludwig

Address: 10 South LaSalle Street, Suite 3505, Chicago, IL 60603

Telephone number(s): 312-377-1181

Email(s): pdahlstrom@pomlaw.com, lcludwig@pomlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*