| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 5 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GREGORY WOCHOS, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

and

KURT FRIEDMAN; UPPILI SRINIVASAN, Individually and on Behalf of All Others Similarly Situated

          Plaintiffs-Appellants,

 v.

TESLA, INC.; ELON MUSK; and DEEPAK AHUJA,

          Defendants-Appellees,

No. 19-15672

D.C. No. 3:17-cv-05828-CRB
Northern District of California,
San Francisco

ORDER

Before: WALLACE, GRABER, and COLLINS, Circuit Judges.

    Judges Graber and Collins have voted to deny the petition for rehearing en banc. Judge Wallace has recommended denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. *See* FED. R. APP. P. 35. The petition for rehearing en banc, filed February 9, 2021, is DENIED.