UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY WOCHOS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>and<br><br>UPPILI SRINIVASAN and KURT FRIEDMAN,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>TESLA, INC.; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>JASON WHEELER,<br><br>        Defendant. | No. 19-15672<br><br>D.C. No. 3:17-cv-05828-CRB<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

        The judgment of this Court, entered January 26, 2021, takes effect this date.

        This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        Costs are taxed against the appellants in the amount of $234.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7